United States District Court
Southern District of Texas
**ENTERED**
March 06, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

EDGAR BENJAMIN TURCIOS CONTRERAS §
§
VS § CIVIL ACTION NO. H-25-4182
§
FRANK BISIGNANO, §
Acting Commissioner of the §
SOCIAL SECURITY ADMINISTRATION §

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

This case is before the Court for judicial review of an administrative decision (Doc. No. 1).

Pending for decision is the Defendant's motion to reverse and remand (Doc. No 17) and Plaintiff's

motion for summary judgment (Doc. No. 12), along with responses. Neither party filed objections

and the time for doing so has passed.

Upon review, the Court agrees with the Magistrate Judge's conclusions. Additionally, the

Court finds that Plaintiff is disabled. It is accordingly

**ORDERED** that the Memorandum and Recommendation (Doc. No. 18) is **ADOPTED,** this

case is **REMANDED** to the Commissioner for further proceedings, Plaintiff's Complaint (Doc. No.

1) is **DISMISSED** without prejudice and Plaintiff's motion for summary judgment (Doc. No. 12)

is **DENIED as moot..**

SIGNED this _____6th_____ day of March 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE