United States District Court
Southern District of Texas
**ENTERED**
July 21, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

EDGAR BENJAMIN TURCIOS CONTRERAS §
                                   §
VS                                 §     CIVIL ACTION NO. H-25-4182
                                   §
FRANK BISIGNANO,                   §
Acting Commissioner of the         §
SOCIAL SECURITY ADMINISTRATION     §

### ORDER ADOPTING REPORT AND RECOMMENDATION

This case is before the Court on a Report and Recommendation (Doc. No. 22) from

Magistrate Judge Palermo regarding Plaintiff's motion for attorney fees (Doc. No. 21). The

Commissioner of the Social Security Administration does not oppose the motion. Upon review, the

Court agrees with the Magistrate Judge's conclusions. It is accordingly

**ORDERED** that the Report and Recommendation (Doc. No. 22) is **ADOPTED,** and

Plaintiff's Motion for Attorney's Fees (Doc. No. 21) is **GRANTED**. It is further

**ORDERED** that Plaintiff is awarded $6,317.89 in attorney's fees.

SIGNED this ___21st___ day of July 2026.


_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE